A. B. Lind, appellant, v. Colletta Ellsworth and Mrs. M. Ellsworth, appellees. Gen. No. 34,686.

Opinion filed May 13, 1931.
William R. Wiley, for appellant. No appearance for appellees.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Adam T. Leib, appellee, v. Lambrecht Creamery, appellant. Gen. No. 34,701.

Opinion filed May 13, 1931.
John Clark Baker, for appellant; William L. Hart, of counsel. H. L. Bloom, for appellee; John A. Bloomingston and Erwin H. Wright, of counsel.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Martin Rosen and Morris Gertler, appellants, v. Russell Clark et al., appellees. Gen. No. 34,713.

Opinion filed May 13, 1931.
Ralph R. Obenchain, for appellants. Goodrich, Vincent & Bradley and Warren Nichols, for appellees.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Robinson Refrigerator Works, appellee, v. West End Pine Building Corporation, appellant. Gen. No. 34,451.

Opinion filed May 13, 1931.
Louis W. Mack, for appellant; James I. Walsh, of counsel. Samuel Deutsch, for appellee.
Mr. Justice Friend delivered the opinion of the court.